PAUL, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by John H. Paul against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion denied.

PAYNE CO., Respondent, v. GEORGE A. FULLER CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by the Payne Company against the George A. Fuller Company. No opinion. Judgment unanimously affirmed, with costs.

PEGGO, Appellant, v. DINAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Salvatore Feggo against Thomas Dinan. No opinion. Motion denied.

PEOPLE, Respondent, v. ALFANO, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Proceedings by the people of the state of New York against Pasquale Alfano. No opinion. Judgment of conviction affirmed.

PEOPLE v. AMERICAN LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Proceedings by the people of the state of New York against the American Loan & Trust Company. No opinion. Motion denied.

PEOPLE v. AMERICAN LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Proceedings by the people of the state of New York against the American Loan & Trust Company. No opinion. Motion granted. Question certified as stated in memorandum.

PEOPLE, Respondent, v. ARMSTRONG, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Proceedings by the people of the state of New York against John Z. Armstrong. No opinion. Reargument ordered for Wednesday, June 11, 1902.

PEOPLE, Respondent, v. ARMSTRONG, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Proceedings by the people of the state of New York against John Armstrong. No opinion. Judgment of conviction affirmed.

GOODRICH, P. J., dissents.

PEOPLE, Respondent, v. FITCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1902.) Proceedings by the people of the state of New York against Franklin Fitch. No opinion. Judgment of conviction affirmed, and case remitted to county court of Cattaraugus county, pursuant to section 547, Code Cr. Proc.

PEOPLE, Respondent, v. GIBBONS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1902.) Proceedings by the people of the state of New York against Fred Gibbons. No opinion. Judgment of conviction affirmed, and case remitted to the county court of Jefferson county, pursuant to section 547, Code Cr. Proc.

PEOPLE, Respondent, v. HARTLEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) Proceedings by the people of the state of New York against John J. Hartley. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. HOBBY, Appellant. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Proceedings by the people of the state of New York against Ethan F. Hobby. W. R. Spooner, for appellant. H. S. Gans, for the People. No opinion. Judgment affirmed.

PEOPLE v. MACK. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Proceedings by the people of the state of New York against Lizzie Mack. No opinion. Motion granted.

PEOPLE, Appellant, v. McMANUS et al., Respondents. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Proceedings by the people of the state of New York against Elzi McManus and others. No opinion. Judgment and order unanimously affirmed, with costs.

PEOPLE v. MULLER. SAME v. MORRISON. SAME v. MININA. SAME v. GOLDBERGER. SAME v. GALOTTI. SAME v. BROWN. SAME v. VASA. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Separate proceedings by the people of the state of New York against Alexander Muller, Theodore Morrison, Rosina Minina, Samuel Goldberger, Pasquale Galotti, Charles Brown, and Nathan Vasa. No opinion. Motions to dismiss appeals granted.

PEOPLE, Respondent, v. O'FARRELL, Appellant. (Supreme Court, Appellate Division,